# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00291-CV

**Randall Crowder, Appellant**

**v.**

**Philip Sanger, MD, Individually and Derivately on behalf of TEXO Ventures, LLC, TEXO Fund I, GP, LLC, and TEXO Ventures, LP, Appellees**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-005403, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Randall Crowder requests emergency relief staying the effect of the trial court's Order on Plaintiffs' Objections to Judgment Debtor Randall Crowder's Net Worth Affidavit, Motion to Strike Net Worth Affidavit, Motion to Contest Claimed Net Worth, and Setting Bond Pursuant to Tex. R. App. 24.2 (the Order) signed on February 23, 2022, pending our review of Crowder's Rule 24.4 Motion to Review Supersedeas Ruling (Rule 24.4 Motion).

We grant the motion for emergency relief and stay the Order pending our review. Also, consistent with Crowder's representations in his motion for emergency relief, Crowder is prohibited from dissipating his assets pending appeal pursuant to the terms of the trial court's Agreed Order signed November 17, 2021.

Appellees Philip Sanger, MD, Individually and Derivatively on behalf of TEXO Ventures, LLC, TEXO Fund I, GP, LLC, and TEXO Ventures, LP, may file a response to Crowder's Rule 24.4 Motion on or before March 28, 2022.

It is ordered on March 18, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith